IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00881-KAS

JEANETTE VIZGUERRA-RAMIREZ,

    Plaintiff,

v.

JOHNNY CHOATE, Warden, Aurora ICE Processing Center, in their official capacities,
ERNESTO SANTACRUZ, Acting Field Office Director, U.S. Immigration and Customs Enforcement, in their official capacities,
KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in their official capacities, and
PAMELA BONDI, U.S. Attorney General, in their official capacities,

    Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court sua sponte. This case was assigned to a United States Magistrate Judge pursuant to D.C.COLO.LCivR 40.1(c). *See* [#2]. However, given the urgent, dispositive nature of the relief sought, *i.e.*, a court order preventing petitioner's "imminent removal to Mexico and separation from her three U.S. citizen children," *see Application* [#1] at 2,

    IT IS HEREBY **ORDERED** that this case shall be assigned to a District Judge under D.C.COLO.LCivR 40.1(a).

    Dated: March 19, 2025