**Declaration of Jeannette VIZGUERRA-RAMIREZ; A#089-826-036**

*I, Jeannette Vizguerra-Ramirez, declare under penalty of perjury, that the following is true and correct to the best of my knowledge:*

1. I am Jeannette Vizguerra-Ramirez. I swear that the information contained in this statement is true and accurate to the best of my knowledge.

2. Since March 17, 2025, I have been detained at the GEO detention facility in Aurora, Colorado in the custody of the U.S. Department of Homeland Security.

3. On March 25, 2025, at 8:15 am, I was taken to an interview room in the South part of the facility. At 8:27 am I was connected to Asylum Officer Guevara. He began speaking to me with a Spanish-speaking interpreter named Ramon.

4. Asylum Officer Guevara provided an initial statement about the interpreter and confidentiality. Asylum Officer Guevara did not ask me if I had an attorney.

5. I told Asylum Officer Guevara that this was the third time that I had been called for my reasonable fear interview without my attorney being present. I informed him about the several days—March 19 to March 21—when I did not have access to call my attorney. During these days, I was only allowed to speak briefly with my children one time.

    a. On Thursday, March 22, 2025, I was called out a medical appointment at the facility and taken to speak with an Asylum Officer. I told the Asylum Officer that I had an attorney and needed to speak with her before answering any questions. I explained that there had been an incident at the facility—an escape—on Tuesday, March 18, 2025, and thereafter the phones had been shut down.

    b. I had been unable to make any calls out, including legal calls. When the phones were turned back on Thursday, March 20, 2025, my phone PIN number did not work. It was not until the afternoon of March 21, 2025, that my PIN number worked again. When I spoke with attorney Lichter early on Saturday morning, I learned that she had been unable to call me when the phones were shut down. On Sunday, March 23, I met with Attorney Lichter and Attorney Maria Baldini-Potermin briefly.

    c. On Monday, March 24, 2025, I was called again for an interview with an Asylum Officer. I again told that Asylum Officer about the phone issues from the week before and that I needed to speak with my attorney who was planning to visit that night or the following morning. I was informed that I would be called another day for my interview.

d. On Monday, March 24, 2025, I met with Attorney Baldini-Potermin about my fear of returning to Mexico. I also informed her that I had a cellphone in my property at the GEO facility that would be useful for documenting my claim. There were text messages on it showing threats to me and my family. It also has photos of my work as an activist and speeches at different rallies, including one where I testified before the Colorado legislature in February 2025. I made a written request to have my cellphone turned over to my attorneys. Attorney Lichter sent an email to the ICE Officer about releasing my cellphone to her or Attorney Baldini-Potermin.

6. I further informed Asylum Officer Guevara that Attorney Lichter had sent an email, requesting that my reasonable fear interview be scheduled for Monday, March 31, 2025 based on the circumstances and the federal court hearing scheduled on Friday, March 28, 2025. Asylum Officer Guevara stated that he was not aware of any email sent by Attorney Lichter. He stated that he would speak with his supervisor about Attorney Lichter's email.

7. When I repeatedly told him that I needed time to prepare, he began to ask me questions about what I was doing with my attorneys, such as how long I had been meeting with them. I felt uncomfortable and didn't give him much details. He first tried to tell me that the interview would be on Friday, March 28. I told him that would not work because I already had a court hearing on that date. He put the interview on pause multiple times. Eventually told me that the interview would be on March 31, 2025 and there would be no extensions. The discussion then ended around 9:15 am or 9:20 am. I was taken from the video room and returned to the section where I was being housed.

8. At no time during the discussion with Asylum Officer Guevara did he attempt to contact Attorney Lichter or otherwise offer to have her present with me during the interview. I confirmed that he had both her office and cell phone numbers.

*I, Jeanette Vizguerra-Ramirez, declare under penalty of perjury, that the above is true and correct to the best of my knowledge.*

Jeanette Vizguerra-Ramirez

03/26/2025

Date