IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00881-NYW-KAS

JEANETTE VIZGUERRA-RAMIREZ,

    Petitioner,

v.

JOHNNY CHOATE, WARDEN, AURORA ICE PROCESSING CENTER,
ERNESTO SANTACRUZ, ACTING FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,
KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY,
PAMELA BONDI, U.S. ATTORNEY GENERAL,
    In their official capacities,

    Respondents.

## NOTICE OF ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Respondents.

Dated April 2, 2025

    Respectfully Submitted,

    J. BISHOP GREWELL
    Acting United States Attorney

    *s/ Benjamin Gibson*
    **Benjamin Gibson**
    Assistant United States Attorney
    1801 California Street, Suite 1600
    Denver, Colorado  80202
    Telephone: (303) 454-0100
    Fax: (303) 454-0400

Benjamin.gibson@usdoj.gov

Co-counsel for Respondents

## CERTIFICATE OF SERVICE

      I hereby certify that on April 2, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Briangreen@greenusimmigration.com
MBarr@lichterimmigration.com
Laura@lichterimmigration.com

and I hereby certify that I will mail to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the nonparticipant's name:

None.

                                            s/ Benjamin Gibson
                                            ***Benjamin Gibson***
                                            United States Attorney's Office