07/26/2013 12:27 FAX 303 361 ____4       DHS ICE FDNDRO                                    ☒002

**U.S. Department of Homeland Security**                **Notice of Intent/Decision to Reinstate Prior Order**

                                                                    File No. A089 826 036
                                                                    Event No: DEN1307000520
                                              FIN #: 1086576171     Date: **July 24, 2013**

Name: Jeanette Vizguerra-Ramirez

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR 241.8, you are hereby notified that the Secretary of Homeland Security intends to reinstate the order of _____Removal_____ entered against you. This intent is based on the following determinations:
                                                       (Deportation / exclusion / removal)

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on __November 18, 2011__ at
                                                                                               (Date)
   __Denver, CO.__ .
       (Location)

2. You have been identified as an alien who:

   ☐ was removed on _____ pursuant to an order of deportation / exclusion / removal.
                              (Date)

   ☒ departed voluntarily on __September 8, 2012__ pursuant to an order of deportation / exclusion / removal on or
                                         (Date)
      after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about __April 20, 2013__ at or near __PRESIDIO, TEXAS__
                                                                (Date)                              (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a written or oral statement to an immigration officer. You do not have a right to a hearing before an immigration judge.

*The facts that formed the basis of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* __Spanish__ *language.*

   B 3476   BICKERS                                            _____
(Printed or typed name of official)                                        (Signature of officer)

                                                               DEPORTATION OFFICER
                                                                     (Title of officer)

---

**Acknowledgment and Response**

                                                                       7/25/2013  1125Hrs
I ☐ do  ☐ do not  wish to make a statement contesting this determination. _Alien refused to sign_
   _____                                                          _____
      (Date)                                                                   (Signature of Alien)

---

**Decision, Order, and Officer's Certification**

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.

**July 24, 2013**     CENTENNIAL, CO.                   _____
     (Date)               (Location)                     (Signature of authorized deciding official)
R 2395 STRONG                                                         SDDO
(Printed or typed name of official)                                  (Title)

                                                                        Form I-871 (Rev. 08/01/07)