IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00881-NYW-KAS

JEANETTE VIZGUERRA-RAMIREZ,

    Petitioner,

v.

DAWN CEJA, Warden Aurora ICE Processing Center,
ROBERT GUADIAN, Field Office Director, U.S. Immigration and Customs Enforcement,
KRISTI NOEM, Secretary, U.S. Department of Homeland Security,
PAMELA BONDI, U.S. Attorney General,

    In their official capacities,

    Respondents.

## UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

Respondents move for an Order permitting them to file up to 22 pages, exclusive of the signature block and certificate of service, in their response to the Court's Order to Show Cause Regarding the Amended Petition. ECF No. 23 (Minute Entry in which the Court ordered Respondents to respond to the Amended Petition no later than 21 days after its filing). Good cause exists to grant this relief, as follows.

On April 8, 2025, Petitioner filed an Amended Petition in which she adds a further challenge to her current detention. ECF No. 26. Specifically, she argues that Respondents arrested, detained, and executed a reinstatement of removal order against her as retaliation for her exercise of her First Amendment rights. This First Amendment retaliation challenge implicates complex issues of the Court's habeas

1

jurisdiction under the Immigration and Nationality Act as well issues regarding the application of a selective enforcement challenge in the immigration context. To adequately address those issues, Respondents anticipate requiring up to 22 pages for their response.

Pursuant to NYW Civ. Practice Standard 10.1(c), "motions, objections, responses, and concomitant briefs shall not exceed fifteen (15) pages." To the extent this limitation applies to a response to an order to show cause in a habeas case such as this, Respondents request that the Court grant them leave to exceed that fifteen-page limitation by seven pages.

Additional pages are necessary given the new allegations and law at issue. The amended petition is more than twice as long as the original petition. *Compare* ECF No. 1 (original petition of 12 pages) *with* ECF No. 26 (amended petition of 27 pages). The response to the amended petition will discuss jurisdiction, the Suspension Clause, and the merits. Each of those areas requires space to set forth the relevant standards and apply those standards to the facts here. Furthermore, those discussions must be more detailed than in a standard motion because this is a habeas case, and in such a case the response must "certify[ ] the true cause of the detention." 28 U.S.C. § 2243. The extra pages will help the Court make its own analysis more efficiently.

Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel conferred with counsel for Petitioner prior to filing this motion, and counsel for Petitioner indicated that she was not opposed to the requested relief.

WHEREFORE, Respondents request that the Court enter an order permitting them to file a Response to the Order to Show Cause of up to 22 pages in length, exclusive of the signature block and certificate of service.

Dated: April 23, 2025.

Respectfully submitted,

J. BISHOP GREWELL
Acting United States Attorney

s/ *Benjamin Gibson*
Benjamin Gibson
Timothy Bart Jafek
Kevin Traskos
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Benjamin.gibson@usdoj.gov
timothy.jafek@usdoj.gov
kevin.traskos@usdoj.gov

Counsel for Respondents

## CERTIFICATE OF SERVICE

      I certify that on April 23, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following recipients by e-mail:

      llichter@lichterimmigration.com
      mbarr@lichterimmigration.com
      briangreen@greenimmigration.com

and I certify that on the same date I am causing the foregoing to be delivered to the following non-CM/ECF participants in the manner (mail, email, hand delivery, etc.) indicated by the nonparticipant's name:

      None.

                                             *s/ Benjamin Gibson*
                                             Benjamin Gibson