**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-00881-NYW-KAS

JEANETTE VIZGUERRA-RAMIREZ

Petitioner-Plaintiff,

v.

DAWN CEJA, Warden, Aurora ICE Processing Center,
ROBERT GUADIAN, Field Office Director, U.S. Immigration and Customs Enforcement,
KRISTI NOEM, Secretary, U.S. Department of Homeland Security,
PAMELA BONDI, U.S. Attorney General, U.S. Department of Justice,

     In their official capacities,

     Respondents-Defendants.

---

**UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

---

Petitioner, Jeanette Vizguerra-Ramirez (Ms. Vizguerra-Ramirez) requests that this Court grant leave for her to file up to fifteen pages, exclusive of the cover page, signature block, and certificate of service, in her Reply to Response, ECF No. 53, Motion for Release on Bond, or, in the Alternative, a Preliminary Injunction Ordering Release Pending a Final Judgment, ECF No. 45. Good cause exists to grant this relief.

Pursuant to NYW Civ. Practice Standard 10.1(c), reply briefs "shall not exceed ten (10) pages." Ms. Vizguerra-Ramirez respectfully requests that the Court grant her leave to exceed that ten-page limit by five pages.

1

The Court previously granted leave for Ms. Vizguerra-Ramirez to exceed the page limitation set forth in this Court's Practice Standard related to the underlying Motion for Bond, ECF No. 45. ECF No. 49 (granting Petitioner's request to submit a Motion "up to 30 pages in length"). Similarly, the Court granted Respondents' request for leave to extend the page limit of their Response, ECF No. 53. ECF No. 52 (granting Respondents' request to submit a Response of "up to 25 pages"). Ms. Vizguerra-Ramirez now seeks the opportunity to submit a Reply of up to fifteen pages.

The specific issue of release on bond during pending immigration habeas proceedings is novel to the Tenth Circuit and thus requires a fulsome and nuanced review of the facts and legal framework. Respondents argue that this Court lacks the authority to grant such a request. ECF No. 53 at 6-9. To aid the Court in rendering a decision on this issue, Ms. Vizguerra-Ramirez requires additional pages to respond to the threshold question of the powers that this Court wields before reaching the substantive challenges to her Motion for Bond, ECF No. 45.

Pursuant to D.C.COLO.LCivR 7.1(a), counsel for Petitioner emailed counsel for Respondents on June 24, 2025 regarding their position on this request for an enlargement of the page limit. Promptly thereafter, Respondents replied that they do not oppose this Motion.

WHEREFORE, Petitioner respectfully asks the Court to enter an order permitting her to file a Reply to Response, ECF No. 53, to Motion for Release on Bond or, in the Alternative, a Preliminary Injunction Ordering Release Pending a Final Judgment, ECF

No 45, of up to fifteen pages in length, exclusive of the cover, signature block, tables of

contents, and certificate of service.


Dated: June 24, 2025                              Respectfully submitted,

                                                  /s/ Laura P. Lunn
                                                  Laura P. Lunn
                                                  Shira N. Hereld
                                                  ROCKY MOUNTAIN IMMIGRANT ADVOCACY
                                                  NETWORK
                                                  7301 Federal Boulevard, Suite 300
                                                  Westminster, Colorado 80030
                                                  Tel: 720-370-9100
                                                  llunn@rmian.org
                                                  shereld@rmian.org

                                                  Laura L. Lichter
                                                  Mark R. Barr
                                                  Lichter Immigration
                                                  1601 Vine Street
                                                  Denver, CO 80206
                                                  (303) 554-8400
                                                  LLichter@LichterImmigration.com
                                                  MBarr@LichterImmigration.com

                                                  Elizabeth Jordan
                                                  Lilli Warren*
                                                  Student Law Office
                                                  University of Denver Sturm College of
                                                  Law
                                                  2255 East Evans Avenue Suite 335
                                                  Denver, CO 80210
                                                  303-871-6368
                                                  Elizabeth.jordan@du.edu
                                                  lilli.warren@du.edu
                                                  *Student Attorney Appearance on file

Brian Scott Green
Law Office of Brian Green
9609 S University Boulevard
#630084
Highlands Ranch, CO 80130
(443) 799-4225
BrianGreen@greenUSimmigration.com

*Counsel for Petitioner-Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system pursuant to Fed. R. Civ. P. 5., which will send notification of such filing to the following recipients by email:

Benjamin.Gibson@usdoj.gov
Kevin.Traskos@usdoj.gov
Timothy.Jafek@usdoj.gov


/s/ Laura P. Lunn
Laura Lunn
ROCKY MOUNTAIN IMMIGRANT ADVOCACY NETWORK