# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00881-NYW-KAS

Jeanette Vizguerra-Ramirez,

    Petitioner-Plaintiff,

v.

Juan Baltazar,
    Warden, Aurora ICE Processing Center,
Robert Guadian,
    Field Office Director, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security,
Kristi Noem,
    Secretary, U.S. Department of Homeland Security,
Pamela Bondi,
    U.S. Attorney General, U.S. Department of Justice,

    in their official capacities,

    Respondents-Defendants

## PETITIONER'S NOTICE OF FILING SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS WITH THE CONSENT OF THE OPPOSING PARTY

Pursuant to FRCP 15(a)(2) and D.C.COLO.LCivR 15.1(a), counsel for Petitioner note that they conferred with counsel for Respondents on Friday, September 26, 2025, and are authorized to state that Respondents consent to the filing of a second amended petition for writ of habeas corpus.

Dated: September 29, 2025

Respectfully submitted,

/s/ Laura L. Lichter

*Counsel for Plaintiff-Petitioner*

Laura L. Lichter
Lichter Immigration
1601 Vine Street
Denver, CO 80206
(303) 554-8400
LLichter@LichterImmigration.com

Mark R. Barr
Lichter Immigration
1601 Vine Street
Denver, CO 80206
(303) 554-8400
MBarr@LichterImmigration.com

Shira Herald
Rocky Mountain Immigrant Advocacy Network
7301 N. Federal Blvd., Suite 300
Westminster, CO 80030
Telephone: (303) 433-2812
Shereld@rmian.org

Shannon Long
Student Law Office
University of Denver Sturm College of Law
2255 East Evans Avenue Suite 335
Shannon.Long@du.edu

Brian Scott Green
Law Office of Brian Green
9609 S. University Boulevard, #630084
Highlands Ranch, CO 80130
(443) 799-4225
BrianGreen@greenUSimmigration.com

Laura Lunn
Rocky Mountain Immigrant Advocacy Network
7301 N. Federal Blvd., Suite 300
Westminster, CO 80030
Telephone: (303) 433-2812
Llunn@rmian.org

Elizabeth Jordan
Student Law Office
University of Denver Sturm College of Law
2255 East Evans Avenue Suite 335
Elizabeth.jordan@du.edu