# Ex. B

# IJ's Grant, for Good Cause, of Petitioner's Second Motion to Continue in Withholding-Only Proceedings (October 30, 2025)



UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
AURORA IMMIGRATION COURT

Respondent Name:
VIZGUERRA-RAMIREZ, JEANETTE

To:
Lichter, Laura L.
1601 Vine St.
Denver, CO 80206

A-Number:
089-826-036
Riders:
In Withholding Only Proceedings
Initiated by the Department of Homeland Security
Date:
10/30/2025

## ORDER OF THE IMMIGRATION JUDGE

☑ Respondent ☐ Department of Homeland Security has filed a motion for a continuance of the hearing scheduled for 11/06/2025

Upon reading and considering the motion, and any opposition from the non-moving party, the motion is:

☑ granted because good cause has been established for the requested continuance. 8 C.F.R. § 1003.29.

☐ denied because good cause has not been established for the requested continuance. 8 C.F.R. § 1003.29.

☑ Further explanation:
The hearing will be rescheduled on December 16, 2025, at 1:00 p.m.

☑ The hearing is rescheduled until 12/16/2025
☐ The immigration court will serve Respondent with notice of the next hearing date.

*[signature]*

Immigration Judge: Gardzelewski, Ivan 10/30/2025

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : VIZGUERRA-RAMIREZ, JEANETTE | A-Number : 089-826-036

Riders:

Date: 10/30/2025 By: GUTHRIE, KIMBERLY, Court Staff