# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00881-NYW-KAS

JEANETTE VIZGUERRA-RAMIREZ,

    Petitioner,

v.

JUAN BALTAZAR, Warden, Aurora ICE Processing Center,
ROBERT HAGAN, Field Office Director, U.S. Immigration and Customs Enforcement,
KRISTI NOEM, Secretary, U.S. Department of Homeland Security, and
PAMELA BONDI, U.S. Attorney General,

    In their official capacities,

    Respondents.

---

## UNOPPOSED MOTION TO EXTEND DEADLINE TO CONFER AND FILE JOINT STATUS REPORT

---

Respondents submit this unopposed motion for an extension of seven days, up to and including January 9, 2026, for the parties to meet and confer and file the joint status report ordered by the Court in ECF No. 70.[1]  As explained below, there is good cause to grant the requested extension.

On December 17, 2025, the Court issued an order granting in part the Amended and Verified Petition for Writ of Habeas Corpus.  ECF No. 70.  The Court ordered that by "December 24, 2025, Respondents shall bring Petitioner before an impartial

---

[1] Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel for Respondents conferred via email with counsel for Petitioner regarding the relief requested in this motion. Counsel for Petitioner noted that Petitioner does not oppose the relief sought.

1

immigration judge for a constitutionally adequate bond hearing, in which the Government bears the burden of establishing by clear and convincing evidence that Petitioner presents a flight risk or danger to the community, such that continued detention is justified." *Id.* The Court further ordered the parties to meet and confer and file a joint status report addressing several issues within 14 days of the bond hearing.

Petitioner received a bond hearing on December 19, 2025. 14 days from December 19, 2025, would be January 2, 2025. Petitioner was released from Respondents' custody on December 22, 2025.

There is good cause to extend the deadline for the parties to meet and confer and file a joint status report by seven days, up to and including January 9, 2025.

*First*, various counsel for the parties have pre-arranged time out of the office during the holiday season. Accordingly, gathering a quorum of counsel for the parties to meet and confer prior to January 2, 2025, will prove challenging.

*Second*, Petitioner will not be prejudiced by the requested seven-day extension for the parties to meet and confer and file a joint status report. Petitioner has received her bond hearing, and she has been released from custody. As noted above, Petitioner does not oppose the relief sought in this motion.

*Third*, there are presently no other deadlines in this matter that the requested extension would impact.

Pursuant to D.C.COLO.LCivR 6.1(b), Respondents certify that this is the first extension they have sought to meet and confer and provide the joint status report as ordered at ECF No. 70.

Pursuant to D.C.COLO.LCivR 6.1(b), Respondents certify that they have served this motion for an extension on a representative for Respondents as identified in the certificate of service.

Wherefore, the Court should issue an order granting a seven-day extension, up to and including January 9, 2025, for the parties to meet and confer and file a joint status report as ordered in ECF No. 70.

Dated: December 23, 2025.                    Respectfully submitted,

PETER MCNEILLY
United States Attorney

s/ Benjamin Gibson
***Benjamin Gibson***
***Timothy Bart Jafek***
***Kevin Traskos***
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
benjamin.gibson@usdoj.gov
timothy.jafek@usdoj.gov
kevin.traskos@usdoj.gov

Counsel for Respondents

## CERTIFICATE OF SERVICE

      I certify that on December 23, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following recipients by e-mail:

    llichter@lichterimmigration.com
    mbarr@lichterimmigration.com
    briangreen@greenimmigration.com
    Elizabeth.jordan@du.edu
    llunn@rmian.org
    shereld@rmian.org

I certify that I have sent a copy of the foregoing to Shana Martin, Assistant Chief Counsel, Office of the Principal Legal Advisor, Denver, U.S. Immigration and Customs Enforcement.

                                      *s/ Benjamin Gibson*
                                      Benjamin Gibson