# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00881-NYW-KAS

JEANETTE VIZGUERRA-RAMIREZ

    Petitioner,

v.

JUAN BALTAZAR, Warden, Aurora ICE Processing Center,
ROBERT HAGAN, Field Office Director, U.S. Immigration and Customs Enforcement,
KRISTI NOEM, Secretary, U.S. Department of Homeland Security,
PAMELA BONDI, U.S. Attorney General, U.S. Department of Justice,

    In their official capacities,

    Respondents.

## [PROPOSED] ORDER

Upon consideration of Respondents' Unopposed Motion to Extend Deadline to Confer and File Joint Status Report, it is hereby **ORDERED** that the motion is **GRANTED**. The parties shall meet and confer and file a joint status report as directed in ECF No. 70 by January 9, 2026.

Dated: December ___, 2025

                                                  BY THE COURT

                                                  _____

                                                  NINA Y. WANG
                                                  United States District Judge