**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-00881-NYW-KAS

JEANETTE VIZGUERRA-RAMIREZ,

      Petitioner,

v.

JUAN BALTAZAR, Warden, Aurora ICE Processing Center,
ROBERT HAGAN, Field Office Director, U.S. Immigration and Customs Enforcement,
KRISTI NOEM, Secretary, U.S. Department of Homeland Security, and
PAMELA BONDI, U.S. Attorney General,

      In their official capacities,

      Respondents.

---

**JOINT STATUS REPORT**

---

Petitioner Jeanette Vizguerra-Ramirez and Respondents Juan Baltazar, Robert Hagan, Kristi Noem, and Pamela Bondi (collectively, the "Parties") submit this joint status report as directed by the Court in the Memorandum Opinion and Order, ECF No. 70 (the "Order"). In the Order, the Court directed the Parties to meet and confer and provide a joint status report regarding the following issues: "(1) the outcome of the bond hearing"; (2) "what portion, if any, of the First Amendment Claim remains for the Court to decide"; and (3) "what impact, if any, this Order and the outcome of the bond hearing have on the merits of the First Amendment Claim and the issues raised in conjunction with the Motion for Expedited Discovery." ECF No. 70 at 38. The Parties address each issue below.

1

**The outcome of the bond hearing**.  An immigration judge held a bond hearing pursuant to the Order on December 19, 2025.  The immigration judge issued a written order on December 21, 2025, granting Petitioner bond in the amount of $5,000.  Petitioner paid bond and was released on December 22, 2025.  The Department of Homeland Security ("DHS") has until January 20, 2026, to decide whether it will seek an appeal of the immigration judge's bond determination to the Board of Immigration Appeals ("BIA").

**What portion of the First Amendment Claim remains for the Court to decide.**  The Parties believe it is premature at this point for the Court to determine whether any portion of Petitioner's First Amendment challenge to her detention remains for the Court to decide.  The Parties can provide a status report to the Court by February 6, 2026—after the window for DHS to appeal the bond determination to the BIA has passed—to update the Court on the Parties' respective positions regarding whether any portion of the First Amendment challenge remains in light of whether DHS appeals the immigration judge's bond determination.

**What impact the Order and the outcome of the bond hearing have on the merits of the First Amendment Claim**. The Parties likewise believe it is premature at this point to opine on what impact the Order and the outcome of the bond hearing may have on the merits of Petitioner's First Amendment challenge given that the window to appeal the immigration judge's bond determination has not yet closed.  The Parties can provide an update on this issue in the February 6, 2026, status report.

2

Dated: January 9, 2026.

/s/ Laura L. Lichter
*Counsel for Petitioner*
Laura L. Lichter
Lichter Immigration
1601 Vine Street 9609
Denver, CO 80206
(303) 554-8400
LLichter@LichterImmigration.com

Mark R. Barr
Lichter Immigration
1601 Vine Street
Denver, CO 80206
(303) 554-8400
MBarr@LichterImmigration.com

Brian Scott Green
Law Office of Brian Green
9609 S. University Boulevard, #63008
Highlands Ranch, CO 80130
(443) 799-4225
BrianGreen@greenUSimmigration.com

Laura Lunn
Rocky Mountain Immigrant Advocacy
Network
7301 N. Federal Blvd., Suite 300
Westminster, CO 80030
Telephone: (303) 433-2812
Llunn@rmian.org

Shira Herald
Rocky Mountain Immigrant Advocacy
Network
7301 N. Federal Blvd., Suite 300
Westminster, CO 80030
Telephone: (303) 433-2812

Respectfully submitted,

PETER MCNEILLY
United States Attorney

s/ Benjamin Gibson
Benjamin Gibson
Timothy Bart Jafek
Kevin Traskos
Assistant United States Attorneys
1801 California Street,
Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
benjamin.gibson@usdoj.gov
timothy.jafek@usdoj.gov
kevin.traskos@usdoj.gov

Counsel for Respondents

3

Shereld@rmian.org

Elizabeth Jordan
Student Law Office
University of Denver Sturm College of Law
2255 East Evans Avenue, Suite 335
Elizabeth.jordan@du.edu

Shannon Long
Student Law Office
University of Denver Sturm College of Law
2255 East Evans Avenue Suite 335
Shannon.Long@du.edu

Case No. 1:25-cv-00881-NYW    Document 73    filed 01/09/26    USDC Colorado    pg 4 of 5

**CERTIFICATE OF SERVICE**

I certify that on January 9, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following recipients by e-mail:

llichter@lichterimmigration.com
mbarr@lichterimmigration.com
briangreen@greenimmigration.com
Elizabeth.jordan@du.edu
llunn@rmian.org
shereld@rmian.org

*s/ Benjamin Gibson*
Benjamin Gibson