## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00881-NYW-KAS

JEANETTE VIZGUERRA-RAMIREZ,

      Petitioner,

v.

JUAN BALTAZAR, Warden, Aurora ICE Processing Center,
ROBERT HAGAN, Field Office Director, U.S. Immigration and Customs Enforcement,
KRISTI NOEM, Secretary, U.S. Department of Homeland Security, and
PAMELA BONDI, U.S. Attorney General,

      In their official capacities,

      Respondents.

---

## RESPONSE TO ORDER TO SHOW CAUSE, ECF No. 76

---

      Respondents respond to the Court's Order to Show Cause, ECF No. 76, in which the Court requested that the parties show cause "why the Court should not administratively close this case with the requirement that the Parties file a further joint status report on or before May 1, 2026." The Court directed that such a status report "shall indicate whether the issue of mootness is disputed and, if necessary, propose a briefing schedule on the issue of mootness." ECF No. 76.

      Respondents agree that it is appropriate for the Court to administratively close this case and require the parties to file a further joint status report on or before May 1, 2026. In addition to addressing whether the matter is moot and any potential briefing schedule on mootness, Respondents further suggest that the status report, if

appropriate, specifically address whether the case should be definitively dismissed and final judgment entered.

Dated: February 13, 2026.

Respectfully submitted,

PETER MCNEILLY
United States Attorney

s/ Benjamin Gibson
**Benjamin Gibson**
**Timothy Bart Jafek**
**Kevin Traskos**
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
benjamin.gibson@usdoj.gov
timothy.jafek@usdoj.gov
kevin.traskos@usdoj.gov
Counsel for Respondents

**CERTIFICATE OF SERVICE**

I certify that on February 13, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following recipients by e-mail:

llichter@lichterimmigration.com
mbarr@lichterimmigration.com
briangreen@greenimmigration.com
Elizabeth.jordan@du.edu
llunn@rmian.org
shereld@rmian.org


*s/ Benjamin Gibson*
Benjamin Gibson

**CERTIFICATE OF ARTIFICAL INTELLIGENCE USE**

The undersigned counsel certifies that generative artificial intelligence was not used to draft this response.

*s/ Benjamin Gibson*
Benjamin Gibson