IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00881-NYW-KAS

JEANETTE VIZGUERRA-RAMIREZ,

    Petitioner,

v.

JUAN BALTAZAR, Warden, Aurora ICE Processing Center,
ROBERT HAGAN, Field Office Director, U.S. Immigration and Customs Enforcement,
KRISTI NOEM, Secretary, U.S. Department of Homeland Security, and
PAMELA BONDI, U.S. Attorney General,

    In their official capacities,

    Respondents.

## RESPONSE TO ORDER TO SHOW CAUSE, ECF No. 76

Petitioner responds to the Court's Order to Show Cause, ECF No. 76, in which the Court requested that the parties show cause "why the Court should not administratively close this case with the requirement that the Parties file a further joint status report on or before May 1, 2026." The Court directed that such a status report "shall indicate whether the issue of mootness is disputed and, if necessary, propose a briefing schedule on the issue of mootness." ECF No. 76.

Petitioner agrees that it is appropriate for the Court to administratively close this case and require the parties to file a further joint status report on or before May 1, 2026.

Dated: February 13, 2026.

1

Respectfully submitted,

/s/Elizabeth Jordan

Elizabeth Jordan
Student Law Office
University of Denver Sturm College of Law
2255 East Evans Avenue, Suite 335
Elizabeth.jordan@du.edu

Laura L. Lichter
Lichter Immigration
1601 Vine Street 9609
Denver, CO 80206
(303) 554-8400
LLichter@LichterImmigration.com

Mark R. Barr
Lichter Immigration
1601 Vine Street
Denver, CO 80206
(303) 554-8400
MBarr@LichterImmigration.com

Brian Scott Green
Law Office of Brian Green
9609 S. University Boulevard, #63008
Highlands Ranch, CO 80130
(443) 799-4225
BrianGreen@greenUSimmigration.com

Laura Lunn
Rocky Mountain Immigrant Advocacy Network
7301 N. Federal Blvd., Suite 300
Westminster, CO 80030
Telephone: (303) 433-2812
Llunn@rmian.org

Shira Herald
Rocky Mountain Immigrant Advocacy Network
7301 N. Federal Blvd., Suite 300

2

Westminster, CO 80030
Telephone: (303) 433-2812
Shereld@rmian.org

Shannon Long
Student Law Office
University of Denver Sturm College of Law
2255 East Evans Avenue Suite 335
Shannon.Long@du.edu

*Counsel for Petitioner*

# CERTIFICATE OF SERVICE

I certify that on February 13, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following recipients by e-mail:

benjamin.gibson@usdoj.gov
timothy.jafek@usdoj.gov
kevin.traskos@usdoj.gov

                                                        */s/ Elizabeth Jordan*
                                                       Elizabeth Jordan