**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-00881-NYW

JEANETTE VIZGUERRA-RAMIREZ,

     Petitioner,

v.

JUAN BALTAZAR, Warden, Aurora ICE Processing Center,
GEORGE VALDEZ, Acting Field Office Director, U.S. Immigration and Customs Enforcement,
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, and
TODD BLANCHE, Acting U.S. Attorney General, in their official capacities,

     Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Minute Order entered by United States District Judge Nina Y. Wang on May 7, 2026 [Doc. 85], it is

ORDERED that the remaining portion of Petitioner's First Amendment claim, *see* [Doc. [70 at 37], is DISMISSED without prejudice.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Petitioner and against Respondents.  It is

FURTHER ORDERED that Petitioner shall have her costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that to the extent Petitioner seeks attorney's fees, [Doc. 61 at 48], she must file a separate motion for fees that complies with the Federal Rules of Civil Procedure and the Local Rules of Practice for this District, *see Daley v. Ceja*, 158 F.4th 1152, 1155, 1162 (10th Cir. 2025); 28 U.S.C. § 2412(a)(1).  It is

FURTHER ORDERED that this case is terminated.

Dated at Denver, Colorado this 8th day of May, 2026.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk